UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 6:14-cv-02116-RBD-KRS

| | |
|---|---|
| JENICE ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COMENITY BANK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Comenity Bank ("Comenity") and Plaintiff Jenice Andrews ("Plaintiff"), by and through their undersigned counsel, move this Court for an order extending the time within which it may respond to Plaintiff's Complaint to February 18, 2015.

Defendant's response to Plaintiff's Complaint is currently due on January 29, 2015. The parties enter into this Stipulation because Defendant has only recently retained counsel who, due to the press of business, requires additional time to respond to the allegations in the Complaint.

IT IS SO STIPULATED.

Dated: January 30, 2015                      Respectfully Submitted and Stipulated To By:

| | |
|---|---|
| s/ William Peerce Howard | /s/ Sangeeta Spengler |
| William Peerce Howard | Sangeeta Spengler, Esq. |
| FBN: 0100330 | FBN: 0186864 |
| MORGAN & MORGAN, PA | GOLDEN SCAZ GAGAIN, PLLC |
| 7th Floor | 201 North Armenia Avenue |
| 201 N Franklin Street | Tampa, Florida 33609-2303 |
| Tampa, FL 33602 | Phone: (813) 251-5500 |
| 813-223-5505 | Direct: (813) 251-3661 |
| Fax: 813-223-5402 | Fax: (813) 251-3675 |
| whoward@forthepeople.com | spspengler@gsgfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864