UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENICE ANDREWS,

  Plaintiff,

                              CASE NO.: 6:14-CV-2116-ORL-37KRS

-vs-

COMENITY BANK,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Jenice Andrews, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Comenity Bank, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 16th day of July 2015.

                                                /s/ William Peerce Howard
                                                William Peerce Howard, Esquire
                                                Morgan & Morgan, P.A.
                                                One Tampa City Center
                                                201 N. Franklin St., 7th Floor
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Florida Bar #: 0103330
                                                Attorney for Plaintiff
                                                bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2015, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

/s/ *William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar #: 0103330