**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENICE ANDREWS,**

       **Plaintiff,**

v.                                                       Case No:   6:14-cv-2116-Orl-37KRS

**COMENITY BANK,**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Notice of Pending Settlement filed July 16, 2015 (Doc 36) indicating that this case has settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 17th day of July, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record